IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-CR-48-BO-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| STEVEN NICHOLAS FULTON | ) | |
| | ) | |

The Grand Jury charges that:

On or about August 7, 2023, in the Eastern District of North Carolina, the defendant, STEVEN NICHOLAS FULTON, in connection with the acquisition of a firearm, that being, a Taurus GX4 9mm pistol, from Carolina Caliber located at 571 W. Fire Tower Road in Winterville, North Carolina, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Carolina Caliber, which was intended and likely to deceive Carolina Caliber, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that he did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction record, and represented that he had not previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year and that he had not been adjudicated mentally defective or committed to a mental institution, when in fact as the defendant knew, he was a felon

1

and had been adjudicated mentally defective or committed to a mental institution, in violation of Title 18, United States Code, Sections 922(a)(6) and 924.

[The remainder of this page intentionally left blank]

## FORFEITURE NOTICE

The defendant is given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 6 Sept

MICHAEL F. EASLEY, JR.
United States Attorney

By: LEONARD CHAMPAIGN
Assistant United States Attorney
Criminal Division

3