FILED IN OPEN COURT
ON 2/8/2024 lmd
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

vs.

VERDICT

CASE NUMBER: 4:23-CR-48-1BO-BM

Steven Nicholas Fulton

WE, THE JURY, FIND the defendant: Steven Nicholas Fulton.

__GUILTY__ As to Count 1 of the Indictment.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON'S SIGNATURE

2/8/2024
DATE